```
QUIN DENVIR, Bar #49374
Federal Defender

MARY M. FRENCH, Bar #126643
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JESUS HERNANDEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>JESUS HERNANDEZ,<br><br>             Defendant. | No. CR-S-05-367-GEB<br><br>**AMENDED** STIPULATION AND ORDER<br><br>Date:   October 28, 2005<br>Time:   9:00 a.m.<br>Judge:  Hon. Garland E. Burrell |

It is hereby stipulated between the parties, Mike Beckwith, Assistant United States Attorney, attorney for Plaintiff, and Mary M. French, attorney for defendant, that the trial confirmation hearing set for October 21, 2005 and the jury trial set for November 8, 2005 be vacated and a status conference bet set for Friday, October 28, 2005 at 9:00 a.m.

This continuance is being requested because defense counsel is conducting ongoing investigation and research.

It is further stipulated that the period from October 21, 2005 through and including October 28, 2005 should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of

1  counsel and defense preparation,
2  October 21, 2005
3                                          Respectfully submitted,
4                                          QUIN DENVIR
                                           Federal Defender
5
                                           /s/ Mary M. French
6                                          _____
                                           MARY M. FRENCH
7                                          Assistant Federal Defender
                                           Attorney for Defendant
8                                          JESUS HERNANDEZ
9
10 Dated: October 21, 2005                 MCGREGOR W. SCOTT
                                           United States Attorney
11
12                                         /s/  Mary M. French for
                                                Mike Beckwith
13                                         _____
                                           MIKE BECKWITH
14                                         Assistant U.S. Attorney
                                           per telephonic authorization
15
16                           **ORDER**
17 **IT IS SO ORDERED.**
18 DATED:   October 24, 2005
19                                         /s/ Garland E. Burrell, Jr.
                                           GARLAND E. BURRELL, JR.
20                                         United States District Judge
21
22
23
24
25
26
27
28

Stip & Order                              2