```
QUIN DENVIR, Bar #49374
Federal Defender

MARY M. FRENCH, Bar #126643
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JESUS HERNANDEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JESUS HERNANDEZ,<br><br>        Defendant.<br>_____ | No. CR-S-05-367-GEB<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE<br><br>Date: November 4, 2005<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell |

It is hereby stipulated between the parties, Michael Beckwith, Assistant United States Attorney, attorney for Plaintiff, and Mary M. French, attorney for defendant, that the status conference presently scheduled for October 28, 2005 be vacated, and rescheduled for status conference on November 4, 2005 at 9:00 a.m.

This continuance is being requested because counsel for the United States has recently provided a proposed plea agreement to defense counsel. Undersigned counsel seeks additional time to review the proposed agreement with Mr. Hernandez and to continue discussions with counsel for the government.

1  It is further stipulated that the period from October 28, 2005
2 through and including November 4, 2005 should be excluded pursuant to
3 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
4 counsel and defense preparation.
5 Dated: October 24, 2005

Respectfully submitted,

QUIN DENVIR
Federal Defender

/s/ Mary M. French
_____
MARY M. FRENCH
Assistant Federal Defender
Attorney for Defendant
JESUS HERNANDEZ

Dated: October 24, 2005            MCGREGOR W. SCOTT
                                   United States Attorney

/s/  Mary M. French for
     Michael Beckwith
_____
MICHAEL BECKWITH
Assistant U.S. Attorney
per telephonic authorization

**O R D E R**

IT IS SO ORDERED.

DATED:  October 24, 2005

<u>/s/ Garland E. Burrell, Jr.</u>
GARLAND E. BURRELL, JR.
United States District Judge

Stipulation & Order                 2