QUIN DENVIR, Bar #49374
Federal Defender

MARY M. FRENCH, Bar #126643
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JESUS HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-05-367-GEB |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING |
| v. ) | STATUS CONFERENCE |
| JESUS HERNANDEZ, ) | Date:   December 2, 2005 |
| Defendant. ) | Time:   9:00 a.m. |
| _____ ) | Judge:  Hon. Garland E. Burrell |

It is hereby stipulated between the parties, Michael Beckwith, Assistant United States Attorney, attorney for Plaintiff, and Mary M. French, attorney for defendant, that the status conference presently scheduled for November 18, 2005 be vacated, and rescheduled for status conference on December 2, 2005 at 9:00 a.m.

This continuance is being requested because a proposed plea agreement has been received from counsel for the United States and negotiations are continuing to resolve the matter.

It is further stipulated that the period from November 18, 2005 through and including December 2, 2005 should be excluded pursuant to

1  18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
2  counsel and defense preparation.
3  Dated: November 29, 2005
4                                        Respectfully submitted,
5                                        QUIN DENVIR
                                         Federal Defender
6
                                         /s/ Mary M. French
7                                        _____
                                         MARY M. FRENCH
8                                        Assistant Federal Defender
                                         Attorney for Defendant
9                                        JESUS HERNANDEZ
10
11 Dated: November 29, 2005              MCGREGOR W. SCOTT
                                         United States Attorney
12
13                                       /s/  Mary M. French for
                                              Michael Beckwith
14                                       _____
                                         MICHAEL BECKWITH
15                                       Assistant U.S. Attorney
                                         per telephonic authorization
16
17                            **O R D E R**
18 IT IS SO ORDERED.
19 DATED:  November 29, 2005
20                                       /s/ Garland E. Burrell, Jr.
                                         GARLAND E. BURRELL, JR.
21                                       United States District Judge
22
23
24
25
26
27
28

Stipulation & Order                  2