QUIN DENVIR, Bar #49374
Federal Defender

MARY M. FRENCH, Bar #126643
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JESUS HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                             )<br>            Plaintiff,       )<br>                             )<br>      v.                     )<br>                             )<br> JESUS HERNANDEZ,            )<br>                             )<br>            Defendant.       )<br>_____ ) | No. CR-S-05-367-GEB<br><br>STIPULATION AND ORDER CONTINUING<br>STATUS CONFERENCE<br><br>Date:  February 3, 2006<br>Time:  9:00 a.m.<br>Judge: Hon. Garland E. Burrell |

It is hereby stipulated between the parties, Michael Beckwith, Assistant United States Attorney, attorney for Plaintiff, and Mary M. French, attorney for defendant, that the status conference presently scheduled for January 20, 2006 be vacated, and rescheduled for status conference on February 3, 2005 at 9:00 a.m.

This continuance is being requested because the parties have agreed to a misdemeanor plea and time is needed to finalize the paperwork and set the matter in front of the magistrate judge.

It is further stipulated that the period from January 20, 2006 through and including February 3, 2006 should be excluded pursuant to

1  18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
2  counsel and defense preparation.
3  Dated: January 19, 2006
4                                      Respectfully submitted,
5                                      QUIN DENVIR
                                       Federal Defender
6
                                       /s/ Mary M. French
7                                      _____
                                       MARY M. FRENCH
8                                      Assistant Federal Defender
                                       Attorney for Defendant
9                                      JESUS HERNANDEZ
10
11 Dated: January 19, 2006             MCGREGOR W. SCOTT
                                       United States Attorney
12
13                                     /s/  Mary M. French for
                                            Michael Beckwith
14                                     _____
                                       MICHAEL BECKWITH
15                                     Assistant U.S. Attorney
                                       per telephonic authorization
16
17                          **O R D E R**
18 IT IS SO ORDERED.
19 Dated:  January 25, 2006
20
                                       /s/ Garland E. Burrell, Jr.
21                                     GARLAND E. BURRELL, JR.
                                       United States District Judge
22
23
24
25
26
27
28

Stipulation & Order                    2

Case 2:05-cr-00367-PAN   Document 18   Filed 01/26/06   Page 3 of 3

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

Stipulation & Order                    3